The People of the State of Illinois, Plaintiff-Appellee, *v.* Willard Hambreck, a/k/a Villard Hambrick, Defendant-Appellant.

(No. 56403; ▮ )

First District—July 5, 1972.

■

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.